IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA VIZCARRONDO-GONZÁLEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SONNY PERDUE, SECRETARY UNITED STATES DEPARTMENT OF AGRICULTURE (USDA), <u>et al.</u>,<br><br>    Defendants. | CIVIL NO. 16-2461 (PAD) |

### ERRATA SHEET

The Opinion and Order at Docket No. 63, is amended *nunc pro tunc*, as follows:

On page 44, line 6, add a period "." after <u>Billings</u> and replace "she" with "She" so it reads "The staring that plaintiff alludes to here is not of the kind described in <u>Billings</u>.  She saw…"

The amended Opinion and Order is attached.